**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:23-00136-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TERRANCE LAMONT PLEASANT (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**REPORT AND RECOMMENDATION ON**
**FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the Defendant, this cause came before the undersigned U. S. Magistrate Judge on March 4, 2024, for administration of guilty plea and allocution of the Defendant Terrance Lamont Pleasant under Rule 11 of the Federal Rules of Criminal Procedure. Defendant was present with his counsel, Mr. Michael DuBos.

After said hearing, it is the finding of the undersigned that the Defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Indictment, is fully supported by a written factual basis for each of the essential elements of the offense. In addition, both the Government and the Defendant have waived their right to object to the report and recommendation. Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the Defendant Terrance Lamont Pleasant in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Terrance Lamont Pleasant be finally adjudged guilty of the offense charged in Count One of the Indictment.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the requisite delays.

In Chambers, at Monroe, Louisiana, on this 4th day of March, 2024.

KAYLA DYE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE