UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:23-00136-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| TERRANCE LAMONT PLEASANT (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 27] having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Terrance Lamont Pleasant, and adjudges him guilty of the offense charged in Count One of the Indictment.

MONROE, Louisiana, this 6th day of March 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**